**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JACQUELINE A. BATTS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-02711-SHL-cgc |
| | ) | |
| KROGER LIMITED PARTNERSHIP I and AMERICAN GUARD SERVICES, INC., | ) | |
| Defendants. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's pro se Complaint (ECF No. 2), filed July 11, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiff's Motion for Voluntary Dismissal Without Prejudice (ECF No. 70), filed July 7, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 7, 2026
Date